UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cr-00289-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| WILLIE STEPHENS | ) | |

**THIS MATTER** is before the Court upon a motions of the defendant, pro se and through counsel, for early termination of his supervised release, (Doc. Nos. 2, 3), to which the government does not object.

Title 18, United States Code, Section 3583(e)(1) allows a court to terminate a term of supervised release after one year where warranted by the conduct of the defendant and the interest of justice. The defendant was sentenced to a five-year term of supervised release which began on or about August 3, 2018. (Doc. No. 3: Motion at 1-2). According to the United States Probation Officer responsible for the defendant's supervision, he has complied with conditions of release, maintained employment, and paid his financial obligations. Materials attached to the motions attest to the defendant's efforts at self-improvement and the good reputation he has earned through his transportation business. (Doc. No. 2: Exhibits; Doc. No. 3: Exhibits). Therefore, the Court finds good cause to terminate supervised release early.

IT IS, THEREFORE, ORDERED that the motions, (Doc. Nos. 2, 3), are GRANTED; the defendant's term of supervised release is terminated and he is discharged from further supervision in this case.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: October 6, 2020

Robert J. Conrad, Jr.
United States District Judge